UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSEPH LEE DAILY,<br><br>　　　　Petitioner,<br><br>vs.<br><br>BEN CURRY, WARDEN.<br><br>　　　　Respondent. | Case No: C 10-0338 SBA (PR)<br><br>**ORDER TO SHOW CAUSE** |

　　　　Petitioner, Joseph Lee Daily, a state prisoner, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner, who is represented by counsel, challenges the Board of Parole Hearing's decision in 2007 denying his request for parole and related ruling that it would be unreasonable to grant him a parole hearing within the next three years. Good cause appearing, the Court hereby issues the following orders:

　　　　1.　　The Clerk of the Court shall serve a copy of this Order and the petition and all attachments thereto upon Respondent and Respondent's attorney, the Attorney General of the State of California. The Clerk shall also serve a copy of this Order on Petitioner's counsel, Steve DeFilippos, Picone & DeFilippos, 625 N. First St., San Jose, California 95112.

　　　　2.　　Respondent shall file with this Court and serve upon Petitioner, within one-hundred and twenty (120) days of the issuance of this Order, an Answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent shall file with the Answer a copy of all portions of the relevant state records that have been transcribed previously and that are relevant to a determination of the issues presented by the petition.

　　　　3.　　If Petitioner wishes to respond to the Answer, he shall do so by filing a Traverse with the Court and serving it on Respondent within sixty (60) days of his receipt of the

| | |
|---|---|
| 1 | Answer. Should Petitioner fail to do so, the petition will be deemed submitted and ready for |
| 2 | decision sixty (60) days after the date Petitioner is served with Respondent's Answer. |
| 3 | 4. Respondent may file a motion to dismiss on procedural grounds in lieu of an |
| 4 | Answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing |
| 5 | Section 2254 Cases. If Respondent files such a motion, Petitioner shall file with the Court and |
| 6 | serve on Respondent an opposition or statement of non-opposition to the motion within sixty |
| 7 | (60) days of receipt of the motion, and Respondent shall file with the Court and serve on |
| 8 | Petitioner a reply within fifteen (15) days of receipt of any opposition. |
| 9 | 5. Extensions of time are not favored, though reasonable extensions will be |
| 10 | granted. Any motion for an extension of time must be filed no later than ten (10) days prior to |
| 11 | the deadline sought to be extended. |
| 12 | IT IS SO ORDERED. |

Dated: February 8, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\Sbalc2\Kei..\Prisoner\10-338 - Daily - Order to Show Cause.doc

- 2 -