UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSEPH LEE DAILY,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>RANDY GROUNDS, Warden,<br><br>　　　　Respondent. | Case No: C 10-0338 SBA<br><br>**JUDGMENT** |

　　In accordance with the Court's Order Denying Petition for Writ of Habeas Corpus,

　　IT IS HEREBY ORDERED THAT final judgment is entered for Respondent.

　　IT IS SO ORDERED.

Dated: February 13, 2013

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\SBALC2\K…\Prisoner\10-0338 - Daily - Judgment.docx